In The
First Court of Appeals
Houston, Texas

In Re Laurence Edward Thompson

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 1 4 2015

CHRISTOPHER A. PRINE
CLERK

No. 01-15-00756-CV

## Motion For Voluntary Dismissal

To The Honorable Justices of the Court of Appeals:

Comes Now Laurence Edward Thompson, Relator, Pro Se, in the above-entitled and numbered cause, and files this Motion For Voluntary Dismissal, and would show the Court As Follows:

Relator Filed this Petition For Writ of Mandamus seeking to compel the Respondent; The Honorable Caroline Baker, Judge, 295th District Court, in Cause No. 2014-64063, titled: Laurence Edward Thompson v. Adrian Garcia and Unknown Employees of the Harris County Sheriff's Office to consider and rule on Plaintiff's Motion For Physical Examination. Relator Files this Motion For the Following Reasons.

On September 10, 2015, Relator Received a copy of the Respondent's Order on Plaintiff's Motion

that was entered on May 7, 2015. Although, Relator was confined in the Harris County Jail and is sure the Clerk sent him a copy of this Order. Relator never received a copy.

Relator has complained to the Respondent on numerous occasions of the Defendants tampering with, delaying and disposing of Relator's legal mail. However, the Respondent has failed to inquire into this matter.

Wherefore, premises considered, Relator prays that this honorable Court will enter an Order of Dismissal without prejudice in this cause.

Respectfully Submitted,

L. E. Thompson
Laurence Edward Thompson
SPN# 00155340
701 N. San Jacinto St
Houston, Texas 77002

September 11, 2015

Christopher Prine, Clerk
First Court of Appeals
301 Fannin St.
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 14 2015

CHRISTOPHER A. PRINE
CLERK

RE: In Re Laurence Edward Thompson
No. 01-15-00756-CV

Dear Sir:

Enclosed Please Find The Original of Relator's Motion For Voluntary Dismissal For Filing in This Cause. Your immediate attention to this Matter is Requested.

Sincerely,

L. E. Thompson

L. E. Thompson

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: Mr. Laurence E. Thompson

SPN: 02652413   Cell: 6A2

Street: 701 N. San Jacinto St.

Houston, Texas 77002

# INDIGENT

HCSO

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.48⁵
02 4W
0000334684 SEP. 11. 2015

MAIL RECEIVED

770023066

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

SEP 1 4 2015

CHRISTOPHER A. PRINE
CLERK

Christopher Prine, Clerk
First Court of Appeals
301 Fannin St.
Houston, Tx 77002